a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERECK D. TAYLOR, JR., Plaintiff | CIVIL DOCKET NO. 1:19-CV-164-P |
| VERSUS | JUDGE DRELL |
| J. MORROW, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint and Amended Complaint under 42 U.S.C. § 1983 (Docs. 1, 20) filed by *pro se* Plaintiff Dereck D. Taylor, Jr. ("Taylor") (#594882). At the time of filing, Taylor was an inmate in the custody of the Louisiana Department of Corrections, incarcerated at the Rapides Parish Detention Center III in Alexandria, Louisiana. Taylor alleges that Defendants subjected him to excessive force in violation of his constitutional rights. (Docs. 1, 20).

Because Taylor has failed to comply with a Court Order (Doc. 24), his Complaint and Amended Complaint (Docs. 1, 20) should be DISMISSED WITHOUT PREJUDICE.

I. **Background**

Taylor alleges that he was ordered to remove his clothing and submit to a search following a church service. (Doc. 1, p. 3). Taylor refused to comply with the order. (Doc. 1, p. 3). Taylor alleges that Defendant J. Morrow choked him, pulled his hair, and punched him multiple times while Taylor was on the ground and not

resisting. (Doc. 20, p. 2). Taylor further alleges that Morrow sprayed him with chemical agent while Taylor was handcuffed. (Doc. 20, p. 2).

Taylor claims that three unidentified officers held him down while Morrow punched him and "busted [Taylor's] mouth." (Doc. 20, p. 2; Doc. 1, p. 3).

Taylor also names as Defendants Officers B. Neal and K. Thompson. (Doc. 1, p. 3). Because Taylor does not provide any allegations involving Defendants Neal or Thompson in his Complaint (Doc. 1), Amended Complaint (Doc. 20), or administrative grievance (Doc. 1-2, p. 2), he was ordered to amend to state how Defendants B. Neal and K. Thompson allegedly violated Taylor's constitutional rights, or to dismiss these Defendants from the lawsuit.

## II.  Law and Analysis

A district court may dismiss an action for a petitioner's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*, without a motion by a defendant. See Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." Id. at 629-30.

Taylor was ordered to amend his Complaint on or before August 28, 2019. (Doc. 24). To date, Taylor has failed to comply with the Court's Order, and he has not requested an extension of time within which to amend.

### III. Conclusion

Because Taylor has failed to comply with the Court's Order to amend his Complaint (Doc. 24), IT IS RECOMMENDED that Taylor's Complaints (Docs. 1, 20) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), any party may serve and file with the Clerk of Court written objections to this Report and Recommendation within fourteen (14) days after being served with a copy thereof, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections or reply briefs) may be filed, unless a party shows good cause and obtains leave of court. The District Judge will consider timely objections before issuing a final ruling.

A party's failure to file written objections to the proposed factual findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days after being served with a copy thereof, or within any extension of time granted by the Court under Fed.R.Civ.P. 6(b), shall bar that party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 25th day of September 2019.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE